THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Stanley Melvin Hall,       
Appellant.
 
 
 

Appeal From Spartanburg County
John C. Few, Circuit Court Judge

Unpublished Opinion No.  2005-UP-280
Submitted April 1, 2005  Filed April 20, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Stanley Hall pled guilty to kidnapping and pointing and presenting a firearm.  He argues his sentence is unconstitutionally disproportionate to his crime.  His counsel attached to the final brief a petition to be relieved as counsel, stating she reviewed the record and concluded Halls appeal is without merit.  Hall did not file a pro se response.  
After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.[1]
GOOLSBY, HUFF, and STILWELL, JJ., concur.

[1]We decide this case without oral argument pursuant to Rule 215, SCACR.